```
McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-090 WBS |
| Plaintiff, | ORDER TO UNSEAL |
| v. | |
| HUGO L. RAMIREZ, ROBERT OSBORN, JOSHUA ROGERS, and JAYSON B. EDWARDS, | |
| Defendants. | |

The Court hereby orders that the Superseding Indictment, the Arrest Warrants, Petition to Seal, and the Order to Seal in the above-referenced case be unsealed.

DATED: March 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE