**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>HUGO RAMIREZ, et al.,<br><br>DEFENDANTS | CR.-S-05-90-WBS<br><br>**FINDING OF EXCLUDABLE TIME UNDER BOTH THE SPEEDY TRIAL ACT AND THE SIXTH AMENDMENT** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Matthew D. Segal, and defendants Jayson Edwards, by his counsel, Ms. Rachel Barbour, Robert Osborn, by his counsel, Ms. Shari Rusk, Joshua Rogers, by his counsel Lorie Teichert, and Hugo Ramirez, by his counsel, James R. Greiner, hereby agree and stipulate that time can be excluded by this Court under both the Speedy Trial Act and the Sixth Amendment from Wednesday, April 19, 2006 to Wednesday, May 31, 2006 for the following agreed reasons:

1-There is a pending motion before the Court originally filed by defendant Ramirez on November 14, 2005, with proper stipulations and Court Order's continuing the hearing on the motion and excluding time under both the Speedy Trial Act and the Sixth Amendment to February 23, 2006, when the motion was heard. At that time the evidentiary hearing on the motion was

continued to March 24, 2006, with time being excluded based on a pending motion. Then on March 2, 2006, the government filed the first superseding Indictment, adding two new defendants, Robert Osborn and Joshua Rogers, and three new charges, and alleging two prior drug offenses against defendant Ramirez. On March 20, 2006, Robert Osborn made his first appearance and his attorney, Ms. Shari Rusk, was appointed. A status conference was set for April 19, 2006. Based upon co-defendant Ramirez's pending motion, time under both the Speedy Trial Act and the Sixth Amendment was excluded until March 24, 2006. On March 21, 2006, defendant Ramirez requested that the evidentiary hearing scheduled for March 24, 2006, be taken off calendar due to the new Indictment and two new defendants, and requested that the matter be set for a status conference hearing on be set on Wednesday, April 19, 2006. Under both the Speedy Trial Act and the Sixth Amendment, time was excluded for a speedy trial due to the pending motion by defendant Ramirez as to all defendants and the government. The government agreed with this request and exclusion of time. On April 6, 2006, defendant Ramirez new counsel, Mr. Greiner, was appointed. On April 11, 2006, defendant Josuha Rogers made his first appearance and his counsel, Ms. Lorie Teichert was appointed. On April 19, 2006, a status conference was held in District Court with all parties present, or a waiver of their presence on file. The joint request of all parties was to set the matter for a further status conference on Wednesday, May 31, 2006. All parties, all defendants and the government, agreed that time under both the Speedy Trial Act and the Sixth Amendment can be excluded from the speedy trial time due to the pending motion filed by defendant Ramirez, the need of the three recently appointed defense attorneys to review the discovery and prepare the case. These exclusions of time fall under Title 18 U.S.C. Sections 3161 (h)(1)(F) and (h)(3)(8)(A) and (h)(3)(8)(B)(iv) and Local Codes E (pretrial motions) and T-4 (substitute counsel reasonable time to prepare the case). This exclusion of time from April 19, 2006 to May 31, 2006, is also agreed to by all parties, all defendants and the government, as meeting the ends of justice and outweighing the best interest of the public and the defendants for a speedy trial for all the reasons stated herein under the Sixth Amendment.

Counsel for defendant Ramirez spoke to each defense counsel, and received verbal telephone

or personal authorization to prepare and sign this finding of excludable time on behalf of each individual defendant. Further, the government has reviewed this document and has agreed to it and given verbal authorization for counsel to sign on behalf of the attorney for the government.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 4-25-06

/s/ MATTHEW D. SEGAL
With telephone authorization by Mr. Segal
MATTHEW D. SEGAL
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-25-06

/s/ RACHEL BARBOUR by JAMES R. GREINER
With telephone authorization by Ms. BARBOUR

RACHEL BARBOUR
ATTORNEY FOR DEFENDANT EDWARDS

DATED: 4-25-06

/s/ SHARI RUSK by JAMES R. GREINER
With personal authorization by Ms. Rusk

SHARI RUSK
ATTORNEY FOR DEFENDANT OSBORN

DATED: 4-25-06

/s/ LORIE TEICHERT by JAMES R. GREINER
With personal authorization by Ms. Teichert

LORIE TEICHERT
ATTORNEY FOR DEFENDANT ROGERS

DATED: 4-25-06

/s/ JAMES R. GREINER

JAMES R. GREINER
ATTORNEY FOR DEFENDANT RAMIREZ

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE