```
 1
 2
 3
 4
 5
 6
 7                   UNITED STATES DISTRICT COURT
 8                  EASTERN DISTRICT OF CALIFORNIA
 9                          ----oo0oo----
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,
13      v.                         NO. CRIM. S-05-0090 WBS
14  HUGO RAMIREZ, et al.,          ORDER OF WITHDRAWAL
15          Defendants.
16                          ----oo0oo----
```

17          Because the current trial schedule of the undersigned
18  judge does not allow for him to hear the pending motions and
19  trial in this case within the time in which they must be heard,
20  the undersigned judge hereby withdraws as the judge to whom this
21  case is assigned and refers the matter to the Chief Judge for
22  reassignment to another judge to conduct all future proceedings.
23          IT IS SO ORDERED.
24  DATED: February 12, 2007
25
26                          _____
                            WILLIAM B. SHUBB
27                          UNITED STATES DISTRICT JUDGE
28

IT IS FURTHER ORDERED:

    1.   That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of miscellaneous cases to compensate for such reassignment;

    2.   That this case is reassigned to the Honorable Frank C. Damrell, Jr.; and

    3.   Any dates previously set in this case are hereby VACATED.

DATED: 02/13/2007

                                        /s/ David F. Levi
                                        DAVID F. LEVI, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT