WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>HUGO RAMIREZ, et al.,<br><br>          Defendants.<br>_____ | **No. CR S-05-0090 FCD**<br><br>**STIPULATION AND ORDER CONTINUING MOTION <u>HEARING DATE</u>** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff United States of America, on the one hand, and William Osterhoudt, Esq., attorney for defendant Hugo Ramirez, and Shari Rusk, attorney for defendant Robert Osborn, on the other, that the presently scheduled motion hearing date of March 19, 2007 be continued to Monday, March 26, 2007, at 10:00 am.

   The reason for this request is that attorney William Osterhoudt must be in court in the Northern District of California (San Francisco) on the morning of March 19, 2007. He inadvertently scheduled the March 19, 2007 motions date in this case in conflict with this earlier

---

Stipulation and Order Continuing Motion Hearing Date
[No.CR-S-05-0090(FCD)]

1

commitment, which involves pre-trial motions in connection with a challenge to extensive Title III wiretaps.

It is further stipulated that time continues to be excluded pursuant to Title 18 U.S.C. §3161(h)(1)(F); Local Code E.

Respectfully submitted,

Dated: March 2, 2007

/s/ Matthew Segal (with consent)
MATTHEW SEGAL
Assistant United States Attorney

/s/ Shari Rusk (with consent)
SHARI RUSK
Attorney for Defendant Osborn

/s/ William L. Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney for Defendant Ramirez

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

Dated: March 6, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

Stipulation and Order Continuing Motion Hearing Date
[No.CR-S-05-0090(FCD)]