```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAYSON EDWARDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S. 05-090-FCD |
| Plaintiff, ) | **ORDER EXONERATING BOND** |
| v. ) | |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| JAYSON EDWARDS, ) | |
| Defendant. ) | |
| _____ ) | |

On February 23, 2005, the Court ordered Mr. Edwards released on a property bond to be posted by his uncle, Michael J. Edwards. On March 3, 2005, Mr. Edwards was released on the posted bond. Mr. Edwards appeared on July 14, 2008 and was sentenced in this case. Accordingly, the Court orders that the property bond be exonerated, and that the property be reconveyed to Michael J. Edwards at the address of the posted property.

Dated: July 15, 2008

SO ORDERED.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE